**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                    Plaintiff,         )<br>                                      )<br>vs.                                   )<br>                                      )<br>Lamont Lelano Brown,                  )<br>                    Defendant.        )<br>_____) | CR15-08095-001-PCT-DLR<br><br>**ORDER** |

    THE COURT FINDS by clear and convincing evidence (defendant's admission) that the defendant has violated the terms of his conditions of pretrial as alleged in allegation two (2) of the Petition to Revoke Pretrial Release.

    THE COURT FURTHER FINDS that without defendant's placement at a halfway house or substance abuse treatment facility, the defendant is unlikely to abide by any condition or combination of conditions or release.

    THE COURT FURTHER FINDS that the defendant's placement at a halfway house or substance abuse treatment facility is a necessary condition to assure that the defendant will not flee and to assure the safety of the community.

    IT IS HEREBY ORDERED that the defendant remain in custody pending and intake assessment and possible placement into Crossroads.  Should the defendant be found acceptable, defendant shall follow all program requirements including the direction of all

1  staff members.  Defendant shall be required to make a copayment to an amount to be
2  determined by the Pretrial Services Officer but in no event to be more than 50% of net
3  income to the halfway house each pay period until placement is terminated.  Defendant shall
4  submit to drug and/or alcohol treatment, not limited to urinalysis and Breathalyzer tests, at
5  the discretion of Pretrial Services.  The defendant shall make a copayment directly to the
6  agency contracted by Pretrial Services to provide any required counseling or drug testing, in
7  an amount to be determined by Pretrial Services to provide any required counseling or drug
8  testing, in an amount to be determined by Pretrial Services, not to exceed the total cost of
9  services rendered, each moth until these services are terminated.  Defendant shall participate
10 in all program requirements as directed by Pretrial Services.

11     IT IS FURTHER ORDERED, conditioned on defendant being found to be an
12 acceptable candidate for Crossroads, reinstating the defendant on pre-trial release subject to
13 the previously ordered conditions, and in addition, to participate in at least a 90 day
14 residential treatment at Crossroads.

15     IT IS FURTHER ORDERED that the defendant is not found to be an acceptable
16 candidate for Crossroads the defendant will remain in custody pending trial because without
17 admission to compliance with the residential program at Crossroads, there is no condition or
18 combination of conditions that will assure that the defendant will not flee and will assure that
19 the defendant not pose a danger to the community.

20     IT IS FURTHER ORDERED that if the defendant is not found to be an acceptable
21 candidate for Crossroads, the defendant will remain in custody pending trial because without
22 admission to Crossroads, defendant is unlikely to abide by any condition or combination of
23 conditions of release.

24     DATED this 8th day of October, 2015.

_____
Deborah M. Fine
United States Magistrate Judge